JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORAYN MADNICK, | CV 19-5069 PA (GJSx) |
| Plaintiff, | JUDGMENT |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

Pursuant to the Court's September 13, 2019 Minute Order dismissing this action for failure to state a claim,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without leave to amend.

IT IS SO ORDERED.

DATED: September 15, 2019

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE